UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN SHERMAN HENDRICKSON,JR., :
                               :
          Plaintiff            :      No. 3:11-CV-02197
                               :
     vs.                       :      (Judge Nealon)
                               :
CAROLYN W. COLVIN,ACTING       :
COMMISSIONER OF SOCIAL         :
SECURITY,                      :
                               :
          Defendant            :

<u>ORDER</u>

     In accordance with the memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

     1.  The Clerk of Court shall enter judgment in favor of John Sherman Hendrickson, Jr., and against the Commissioner of Social Security, as set forth in the following paragraph.

     2.  The decision of the Commissioner of Social Security denying John Sherman Hendrickson disability insurance benefits and supplemental security income benefits is **VACATED** and the case **REMANDED** to the Commissioner of Social Security to:

     2.1 Conduct a new administrative hearing  and appropriately evaluate the medical evidence and the credibility of Hendrickson and the third-party witness Terry Shaw in accordance with the background of this order.

**FILED
SCRANTON**

MAY **2 3** 2013

PER _____
       DEPUTY CLERK

3.  The Clerk of Court shall **CLOSE** this case.

_____
**United States District Judge**

Dated: May 23, 2013